IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02604-BNB

STANLEY JOSEPH SIMEON,

    Plaintiff,

v.

LELAND SMITH,
RICHARD V. VEACH, and
KELLY SUPIONO,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Stanley Joseph Simeon, initiated the instant action, he was detained at the Hudson Correctional Center in Hudson, Colorado. In a Letter filed with the Court on December 3, 2012, Plaintiff indicated that he now resides at the Brother Francis Shelter in Anchorage, Alaska. It appears that Plaintiff no longer is incarcerated.

Plaintiff's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 ($2^d$ Cir. 1996). Therefore, Plaintiff will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  Alternatively, Plaintiff may elect to pay the remaining balance, $261.00, of the $350.00 filing fee to pursue his claims in this action.  Accordingly, it is

ORDERED that within thirty days from the date of this Order Plaintiff submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 **used by nonprisoners**.  Alternatively, Plaintiff may elect to pay the remainder of the $350.00 filing fee owed, $261.00, to pursue his claims in this action.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order, within thirty days of the date of the Order, the Complaint and action will be dismissed without further notice.  It is

FURTHER ORDERED that the Clerk of the Court is to note the Docket with Plaintiff's new address as listed at the top of the page of the Letter, ECF No. 9, he submitted to the Court on December 3, 2012 and to send this order to Plaintiff at the new address.

DATED December 6, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge