**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02604-REB-CBS

STANLEY JOSEPH SIMEON,

    Plaintiff,

v.

LELAND SMITH, and
RICHARD V. VEACH,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the **Recommendation of United States Magistrate Judge** [#20][1] filed March 11, 2013. No objections to the recommendation were filed. Therefore, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no error, much less plain error, in the recommendation, I find and conclude that recommendation should be approved and adopted.

    The magistrate judge recommends that this case be dismissed due to the failure of the plaintiff to comply with the Local Rules of Practice of the United States District Court for the District of Colorado - Civil and the Federal Rules of Civil Procedure. Specifically, the plaintiff did not serve the defendants and failed to prosecute this action.

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Further, the plaintiff failed to file notice with the court after his mailing address changed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#20] filed March 11, 2013, is approved and adopted as an order of this court;

2. That under Fed. R. Civ. P. 4(m) and 41(b), and D.C.COLO.LCivR 10.1M (as of March 11, 2013), this case is dismissed; and

3. That this case is closed.

Dated October 7, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge